IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DIANNE BUTTS,      ) | |
| )  | |
| Plaintiff,      ) | |
| )  | |
| v.             ) | 1:14-cv-1073 (LMB/TCB) |
| )  | |
| PRINCE WILLIAM COUNTY   ) | |
| SCHOOL BOARD,      ) | |
| )  | |
| Defendant.      ) | |

### ORDER

For the reasons stated in open court, it is hereby

ORDERED that the Defendant's Motion for Summary Judgment [Dkt. No. 80] be and is GRANTED and the Plaintiff's Motion for Partial Summary Judgment [Dkt. No. 101] be and is DENIED; and it is further

ORDERED that Defendant's Motion to Exclude Plaintiff's Expert Witness [Dkt. No. 105] be and is DENIED AS MOOT.

The Clerk is directed to enter judgment in favor of defendant Prince William County School Board pursuant to Fed. R. Civ. P. 58 and to forward a copy of this Order to counsel of record.

Entered this 31 day of July, 2015.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge